JS6/Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION, ON THIS DATE.

DATED: 12/27/11

Denise D
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
DEC 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAUL SANTANA SALGADO,

    Petitioner,

vs.

KATHY ALLISON (Warden),

    Respondent.

Case No. EDCV 11-1910-MMM (RNB)

**JUDGMENT**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: DEC 21 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Margaret M. Morrow
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE